UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80670-Civ-Ryskamp/White

FAUSTO JAIMES-SANTIBANEZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the January 4, 2011 **[DE 11]** report and recommendation of United States Magistrate Judge Patrick A. White. Movant filed objections thereto on February 15, 2011 **[DE 14]**. The Court has reviewed the report and recommendations, the objections thereto and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED. The 28 U.S.C. § 2255 motion to vacate is DENIED. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 16th day of February, 2011.

                                                S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE